USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH S. OSTAPOW and EMILY OSTAPOW             07 CV 3297 (BATTS)

                         Plaintiff(s),                              STIPULATION TO
                                                                                        CHANGE VENUE

                  -against-

ROBERT T. KOPLAR,

                        Defendant(s).

IT IS HEREBY STIPULATED by the undersigned:

1. All parties agree, pursuant to 28 U.S.C. § 1404 and § 1391, that venue in this action would be proper in the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 112 (c).

2. All parties further consent that venue be changed from the United States District Court of the Southern District of New York to the United States District Court for the Eastern District of New York.

3. The Clerk of the Court is hereby ORDERED to transfer this case from the United States District Court of the Southern District of New York to the United States District Court of the Eastern District of New York.

Sable & Gold                                           Katz & Kreinces, LLP
Attorneys for Plaintiffs                               Attorneys for Defendant

By: Theresa M. Mahlstadt (6102)                        By: Lawrence K. Katz, Esq. (6791)
450 Seventh Ave                                        170 Old Country Road, Suite 316
New York, N.Y. 10123                                   Mineola, NY 11501
212.244.2740                                           516.741.1710
Fax 212.244.2258                                       Fax 516.741.0546

SO ORDERED:

Deborah A. Batts
6/20/07   U.S.D.J.